JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY BEVERLY,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPT., ET AL.,<br><br>    Defendants. | Case No. 2:16-cv-08855-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that the complaint is dismissed and this action dismissed without prejudice.

DATED: May 8, 2018

HON. DALE S. FISCHER
U.S. DISTRICT JUDGE